UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RICHARD JAMES SIMPSON,

        Plaintiff,         Case No. 1:09-cv-1166

v.         Honorable Paul L. Maloney

CORRECTIONAL MEDICAL SERVICES,
INC. et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:   March 4, 2010         /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge